# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LEE RAY,<br><br>          Plaintiff,<br><br>     v.<br><br>JERRY BROWN, et al.,<br><br>          Defendants. | 1:13-cv-00113-BAM (PC)<br><br>ORDER VACATING ORDER DISMISSING ACTION FOR FAILURE TO OBEY A COURT ORDER AND ENTRY OF JUDGMENT<br>(ECF Nos. 17, 18)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO EITHER FILE SECOND AMENDED COMPLAINT OR PROCEED ON THE COGNIZABLE CLAIMS<br>(ECF No. 19) |

Plaintiff Johnny Lee Ray ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on November 19, 2012. Plaintiff consented to the jurisdiction of the Magistrate Judge. (ECF No. 11.)

On April 15, 2014, the Court found that Plaintiff's first amended complaint stated a cognizable Eighth Amendment deliberate indifference claim for exposure to environmental conditions that posed an unreasonable risk of serious damage to his health against Defendants Carl Romero, two unidentified correctional officers, an unidentified duty sergeant, an unidentified lieutenant, and an unidentified captain, but did not state any other cognizable claims.

1

1  The Court ordered Plaintiff, within thirty (30) days after service, to (1) either file a second
2  amended complaint; or (2) notify the Court that he did not wish to file an amended complaint
3  and was willing to proceed only against Defendants Carl Romero, two unidentified correctional
4  officers, an unidentified duty sergeant, an unidentified lieutenant, and an unidentified captain.
5  (ECF No. 16.)

6  Plaintiff's second amended complaint or his notice that he did not wish to file an
7  amended complaint was due on or before May 19, 2014.  When Plaintiff failed to comply with
8  the Court's order or otherwise respond in a timely manner, the Court dismissed this action and
9  the Clerk of the Court entered judgment on May 29, 2014.  (ECF Nos. 17, 18.)

10  On May 30, 2014, Plaintiff filed a motion for an extension of time to prepare his court
11  ordered response, i.e., either file an amended complaint or a notice to proceed on the cognizable
12  claims.  Plaintiff reported that he had not been able to research and prepare his response because
13  of severe pain in his feet due to complications from Valley Fever and lack of concentration.
14  (ECF No. 19.)

15  Plaintiff's motion for an extension of time to amend his complaint presumably was
16  mailed prior to the dismissal of this action and entry of judgment.  The Court therefore finds
17  sufficient basis to order relief and vacate the entry of judgment.  See Fed. R. Civ. P. 59(e), 60(b).
18  Plaintiff will be granted an extension of time to either file an amended complaint or a notice of
19  his willingness to proceed on the cognizable claims.

20  For the reasons stated, IT IS HEREBY ORDERED as follow:

21  1. The Court's order dismissing this action for failure to obey a court order and the
22     judgment entered on May 29, 2014, are HEREBY VACATED;
23  2. Plaintiff's motion for a thirty-day extension of time to file an amended complaint or a
24     notice of his willingness to proceed on the cognizable claims is GRANTED;
25  3. Within thirty (30) days from the date of service of this order, Plaintiff must either:
26     a. File a second amended complaint curing the deficiencies identified by the Court
27        in its order of April 15, 2014, or
28

b. Notify the Court in writing that he does not wish to file a second amended complaint and he is willing to proceed only against Defendants Carl Romero, two unidentified correctional officers, an unidentified duty sergeant, an unidentified lieutenant, and an unidentified captain on the claim found to be cognizable; and

4. **If Plaintiff fails to comply with this order, this action will be dismissed, without prejudice, for failure to obey a court order.**

IT IS SO ORDERED.

Dated:   **July 18, 2014**                                    /s/ Barbara A. McAuliffe
                                                              UNITED STATES MAGISTRATE JUDGE